# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

LODERS CROKLAAN USA, LLC

      Plaintiffs

v

EARTHFIRST TECHNOLOGIES, INC.

      Defendants

Case Number:

```
FILED: MARCH 19, 2008
08CV1610                         TC
JUDGE MANNING
MAGISTRATE JUDGE MASON
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**LODERS CROKLAAN USA, LLC**

| | |
|---|---|
| NAME (Type or print) <br> Janice L. Duban | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Janice L. Duban | |
| FIRM   DLA PIPER US LLP | |
| STREET ADDRESS <br> 203 N. LaSalle Street Suite 1900 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601-1293 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06206874 | TELEPHONE NUMBER <br> (312) 368-4000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

CHGO1\31167647.1