UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LODERS CROKLAAN USA, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  08 CV 1610 |
| | ) | |
| **EARTHFIRST TECHNOLOGIES, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

**NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT**

Pursuant to FED.R.CIV.P. 7.1 and Local Rule 3.2, the sole member of Plaintiff Loders Croklaan USA USA, LLC, an Illinois limited liability company, is Loders Croklaan USA B.V., which is a corporation incorporated under the laws of the Netherlands.

                                               **LODERS CROKLAAN USA, LLC**

                                               By:     */s/ Janice L. Duban*
                                                                   One of its attorneys

Gerald B. Lurie
Janice L. Duban
**DLA PIPER US LLP**
203 North La Salle Street
Suite 1900
Chicago, Illinois 60601-1293
(312) 368-4000