AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LODERS CROKLAAN USA, LLC,

          Plaintiff,

CASE NUMBER:

ASSIGNED JUDGE: 08CV1610 JUDGE MANNING

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

V.

EARTHFIRST TECHNOLOGIES, INC.

          Defendant.

TO: EarthFirst Technologies, Inc.
    c/o Michael R. Carey, Registered Agent
    712 South Oregon Avenue
    Tampa, FL 33606

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

Janice L. Duban
Gerald B. Lurie
DLA PIPER US LLP
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293

Phone: (312) 368-4000
Fax:   (312) 236-7516

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

*J. Cervantes* (signature)

**(By) DEPUTY CLERK**

DATE

**March 20, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

CHGO1\31167657.1

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted _____

☐ Other (specify) _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date

_____
Signature of Server

_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

CHGO1\31167657.1

## VERIFIED RETURN OF SERVICE

State of Illinois                County of                Northern Court

Case Number: 08CV1610

Plantiff,:

**LODERS CROKLAAN USA, LLC,**

vs.

Defendant.:

**EARTHFIRST TECHNOLOGIES, INC.,**

For:
Janice L. Duban

Received by Process Express on the 28th day of March, 2008 at 10:00 am to be served on **EARTHFISRT TECHNOLOGIES, INC. c/o MICHAEL R. CAREY, REGISTERED AGENT, 712 S. OREGON AVE., TAMPA, FL 33606.**

I, Sheree Hopkens, being duly sworn, depose and say that on the **31st day of March, 2008** at **2:30 pm**, I:

Served the within named corporation by delivering a true copy of the **SUMMONS IN A CIVIL CASE, and COMPLAINT FOR BREACH OF GUARANTIES, and EXHIBITS** with the date and hour of service endorsed thereon by me to MICHAEL R. CAREY as REGISTERED AGENT of the within named corporation, in compliance with State Statutes.

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: Caucasian, Height: 6'2", Weight: 190, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing AFFIDAVIT OF SERVICE and the facts stated in it are true. Pursuant to F. 92.525(2) Notary not required.

the 3rd day of April, 2008CRIBED AND SWORN TO BEFORE ME ON THE 3/__ DAY OF _MARCH_ ____, 2008
BY THE AFFIANT WHO IS PERSONALLY KNOWN TO ME.
_Madonna Hoskins_
NOTARY PUBIC


Madonna Hoskins
Commission # DD373886
Expires November 21, 2008
Bonded Troy Fain - Insurance, Inc. 800-385-7019

Sheree Hopkens
06-676077

Process Express
7602 Winging Way Drive
Tampa, FL 33615-1522
(813) 532-3550

Our Job Serial Number: 2008000417
Ref: LODERS VS. EARTHFIRST

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5 9s