UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Loders Croklaan USA, LLC
                                    Plaintiff,

v.                                              Case No.: 1:08–cv–01610
                                                Honorable Blanche M. Manning

EarthFirst Technologies, Inc.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

    MINUTE entry before Judge Honorable Blanche M. Manning: The return of service indicates that EarthFirst Technologies, Inc. was served on 3/28/2008 and again on 3/31/2008. More than 20 days have elapsed and defendant have failed to answer or otherwise plead. Default is hereby entered pursuant to Rule 55(a). Prove up hearing set for 5/15/2008 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.