UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LODERS CROKLAAN USA, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>EARTHFIRST TECHNOLOGIES, INC.<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 08-cv-01610<br>)<br>) Honorable Blanche M. Manning<br>)<br>) |

### NOTICE OF FILING OF AFFIDAVIT OF THOMAS LYNN CAIN

**PLEASE TAKE NOTICE** that, on May 13, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the Affidavit of Thomas Lynn Cain.

LODERS CROKLAAN USA, LLC

By: _____/s/ Janice L. Duban_____
    One of its attorney

Janice L. Duban
DLA Piper US LLP
203 N. LaSalle Street, Suite 1800
Chicago, IL 60601
Telephone: (312) 368-7097
Fax: (312) 630-6302

CHGO1\30308212.1