## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Loders Croklaan USA, LLC
                              Plaintiff,

v.                                                    Case No.: 1:08–cv–01610
                                                      Honorable Blanche M. Manning

EarthFirst Technologies, Inc.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, May 15, 2008:

    MINUTE entry before the Honorable Blanche M. Manning: Prove up hearing held on 5/15/2008. Judgment is entered in favor of plaintiff and against defendant in the amount of $842,219.15 together with post–judgment interest as set forth in the attached order. Enter Judgment Order. Civil case terminated. Mailed notice(rth, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.