UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LODERS CROKLAAN USA, LLC,** )<br>  )<br>    Plaintiff, )<br>  )<br> v. )<br>  )<br> **EARTHFIRST TECHNOLOGIES, INC.** )<br>  )<br>    Defendant. ) | Case No. 08-cv-01610<br><br>Honorable Blanche M. Manning |

## JUDGMENT ORDER

This matter came before the Court on May 15, 2008 for prove-up on plaintiff's complaint, defendant having been served with process but having failed to appear or plead to the plaintiff's complaint, and the Court having entered an Order of Default pursuant to Fed. R. Civ. P. 55(a) on April 29, 2008. Plaintiff submitted, and the Court reviewed, the Affidavit of Thomas Lynn Cain in support of its request for the entry of default judgment against defendant. The Court finds that Cain's affidavit and the materials submitted therewith establish defendant's liability in the amount of plaintiff's damages.

THEREFORE, IT IS HEREBY ORDERED:

Judgment by default is hereby entered in favor of plaintiff Loders Croklaan USA, LLC and against defendant EarthFirst Technologies, Inc. in the amount of $842,219.15 together with post-judgment interest at the rate allowed by law from the entry hereof to the date of full satisfaction of this judgment.

*Blanche M. Manning*
Hon. Blanche M. Manning
United States District Judge

May 15, 2008